

FILED

11/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0478

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0478

_____

TAMMY BOUDETTE, n/k/a TAMMY
OSKERSON,

      Petitioner and Appellee,

v.

DANIEL BOUDETTE,

      Respondent and Appellant.

_____

## O R D E R

FILED

NOV – 2 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellant Daniel Boudette has filed a motion for extension of time to file his opening brief. The Court notes that the opening brief was due October 2, 2023.

IT IS HEREBY ORDERED that Appellant has until December 1, 2023, to file his opening brief.

No further extensions will be granted unless Appellant notes in the motion that opposing counsel has been contacted and whether there is an objection to the motion.

DATED this 2nd day of November, 2023.

For the Court,

_____
Chief Justice